UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HECTOR PEREZ**

**VERSUS**

**DARREL VANNOY, et al.**

**CIVIL ACTION**

**NO. 20-2429**

**SECTION "A"(4)**

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Hector Perez's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

September 21, 2021

_____
**UNITED STATES DISTRICT JUDGE**