UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HECTOR PEREZ                            CIVIL ACTION

VERSUS                                  NO.: 20-2429

DARREL VANNOY, Warden,                  SECTION: "A"(4)
La. State Pen.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT - 7 2021
CAROL L. MICHEL
CLERK

## NOTICE OF APPEAL

MAY IT PLEASE THE COURT:

Hector Perez #632518, the Petitioner herein, gives notice of his intent to appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment in the above captioned matter on September 21, 2021, dismissing this case.

This notice is filed pursuant to *Fed.R.App.P. 4(a)*, which requires a notice of intent to appeal to be filed with the Court within thirty days from the date of entry of judgment appealed from.

Respectfully submitted this 05 day of October, 2021.

Hector Perez #632518
Camp-D/Wolf-1
La. State Penitentiary
Angola, LA 70712

TENDERED FOR FILING

OCT - 7 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Hector Perez #632518, hereby certify that a copy of the foregoing Notice of Appeal has been served upon the Respondent, through the District Attorney, Parish of St. Tammany, by placing same in the hand of the Prison Officials for placement in the institution's legal mail system for depositing in the U.S. Mail, properly addressed, and with proper, first-class postage pre-paid, this 05 day of October, 2021.

*Hector Perez*
Hector Perez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HECTOR PEREZ | CIVIL ACTION |
| VERSUS | NO.: 20-2429 |
| Darrel Vannoy, Warden, La. State Pen. | SECTION: "A"(4) |

### FORM 7. DECLARATION OF INMATE FILING

I am an inmate confined in an institution. Today _October 05_, 2021 I am depositing the Notice of Appeal in this case in the institution's internal mail system for electronic filing by the Legal Programs Department.

I declare under penalty that the foregoing is true and correct (see: 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Hector Perez #632518

**eFile-ProSe**

**From:** Angola E-Filing <EML-FED-ANG-Printers@LA.GOV>
**Sent:** Thursday, October 7, 2021 2:00 PM
**To:** eFile-ProSe
**Subject:** Angola E-Filing
**Attachments:** DOC #632518135942.pdf

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.